MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00824-JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CHANGING STATUS HEARING |
| ) | FROM JANUARY 27, 2011, AT 9:00 A.M |
| JORGE PLANCARTE, et al., ) | TO JANUARY 24, 2011 AT 1:30 P.M. |
| ) | AND EXCLUDING TIME FROM |
| Defendants. ) | DECEMBER 2, 2010 TO JANUARY 24, |
| ) | 2011 |

     The parties currently have scheduled before another court a status hearing on January 27, 2011, at 9:00 a.m., but this case has recently been reassigned to this Court and a new hearing date must be set. The parties request that the status hearing be rescheduled to January 24, 2011 at 1:30 p.m., and that an amended time exclusion order be issued that would exclude time under the Speedy Trial Act from December 2, 2010 to January 24, 2011, to permit the parties the reasonable time necessary for effective preparation. Time was previously excluded from December 2, 2010, through January 27, 2011, at a status hearing before the Honorable Jeremy

*US v. Plancarte, et al.,* CR 10-00824-JW
Stipulation and [Proposed] Order re Status Hearing

1 | Fogel, United States District Judge, on December 2, 2010.  The amended time exclusion order is
2 | requested to reflect the January 24 hearing date.

4 | DATED: January 4, 2011          MELINDA HAAG
                                    United States Attorney

                                    _____/s/_____
                                    Thomas A. Colthurst
                                    Assistant United States Attorney

                                    _____/s/_____
                                    Patrick S. Valencia, Esq.
                                    Counsel for Defendant Jorge Plancarte

                                    _____/s/_____
                                    Peter A. Leeming, Esq.
                                    Counsel for Defendant Angel Topete

                                    _____/s/_____
                                    Hugh Anthony Levine, Esq.
                                    Counsel for Defendant David Martinez

                                    _____/s/_____
                                    Mary Elizabeth Conn, Esq.
                                    Counsel for Defendant Alex Chavez

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from January 27, 2011, at 9:00 a.m. to January 24, 2011 at 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time between December 2, 2010 and January 24, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

*US v. Plancarte, et al.,* CR 10-00824-JW
Stipulation and [Proposed] Order re Status Hearing

1 between December 2, 2010 and January 24, 2011, from computation under the Speedy Trial Act
2 outweigh the best interests of the public and the defendant in a speedy trial.
3      Therefore, IT IS HEREBY FURTHER ORDERED that the time between December 2,
4 2010 and January 24, 2011, shall be excluded from computation under the Speedy Trial Act.  18
5 U.S.C. § 3161(h)(7)(A) and (B)(iv).
6 IT IS SO ORDERED.
7 DATED:     January 5, 2011

                                                        HON. JAMES WARE
                                                        UNITED STATES DISTRICT JUDGE

*US v. Plancarte, et al.,* CR 10-00824-JW
Stipulation and [Proposed] Order re Status Hearing