1  JAMES McNAIR THOMPSON
   SBN 67807
2  LAW OFFICES OF JAMES McNAIR THOMPSON
   PO BOX 636
3  LOS GATOS CA 95031
   (408) 358-6047
4

**FILED**

MAY - 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE PLANCARTE<br><br>Defendant | Case No.: 10-CR-00824<br><br>[~~PROPOSED~~] ORDER CONTINUING DATE FOR ARRAIGNMENT ON SUPERSEDING INDICTMENT |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED THAT the May 5, 2011 date for arraignment of defendant Jorge Plancarte is here by vacated and the matter is continued to May 12, 2011 at 1:30 p.m. in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd.

Dated this 5th day of May, 2011.

_____
Hon. Howard R. Lloyd
Magistrate Judge of the United States
District Court