1  SHARI L. WHITE, SBN 180438
   SARA ZALKIN, SBN 223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415-986-5591
   Facsimile: 415-421-1331
4
   Attorneys for Defendant
5  LORENZO URISTA

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                          CR 10-00824-DLJ
12           Plaintiff,
                                          STIPULATION AND **ORDER** TO
13      v.                                CONTINUE STATUS <u>CONFERENCE</u>

14 LORENZO URISTA, et al.,
                                          Date: December 13, 2011
15           Defendant.                   Time: 9:00 a.m.
                                   /      Judge Jensen
16

17      At the request of the parties, the Court enters this order
18 (1) continuing the status conference presently set for December
19 13, 2011, at 9:00 a.m. to January 12, 2012, at 9:00 a.m.; and
20 (2) excluding time under the Speedy Trial Act from November 15,
21 2011, to January 12, 2012, based on the agreement of all
22 parties.
23      The parties stipulate that the time is excludable from the
24 time limitations of the Speedy Trial Act because the interests
25 of justice are served by granting a continuance.  This continu-
26 ance, requested by the parties, will permit continuity of
27 counsel, and allow the reasonable time necessary for effective
28

preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the status conference be continued from December 13, 2011 to January 12, 2012, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: December 5, 2011

 /s/ SHARI L. WHITE                   /s/ THOMAS COLTHURST
SHARI L. WHITE                        THOMAS COLTHURST
Attorney for LORENZO URISTA           Assistant U.S. Attorney


 /s/ LUPE MARTINEZ                    /s/ SAM JOHN POLVERINO
LUPE MARTINEZ                         SAM JOHN POLVERINO
Attorney for JORGE PLANCARTE          Attorney for ALEX CHAVEZ


**ORDER**

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in this matter is continued to January 12, 2012, at the hour of 9:00 a.m., and that time is excluded as stipulated.

Dated: December 9, 2011

_____
D. LOWELL JENSEN, Judge
United States District Court