| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408)-535-5065<br>Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00824-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| JORGE PLANCARTE, | ) | |
| Defendant. | ) | |

The defendant JORGE PLANCARTE, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for March 14, 2013, be continued to April 25, 2013.

The parties are requesting that his sentencing hearing be reset to April 25, 2013, to allow for more time for the preparation of the presentence report.

No other defendants are affected by this request.

////

1  SO STIPULATED:

3  Dated: February 20, 2013           /S/
4                                      Thomas A. Colthurst
                                       Assistant United States Attorney

6
7  Dated: February 20, 2013           /S/
                                       Lupe Martinez, Esq.
                                       Attorney for Defendant

9    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Jorge Plancarte*, scheduled for March 14, 2013, is continued to April
11 25, 2013, at 10:00 a.m.

14 DATED: _____           _____
                                 THE HONORABLE D. LOWELL JENSEN
15                               United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ           -2-